1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>THE MCCLATCHY COMPANY, LLC d/b/a MAMAS UNCUT and MAMAS UNCUT LLC,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-03189-AC<br><br>Honorable Allison Claire<br><br>**[**~~PROPOSED~~**] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT THE MCCLATCHY COMPANY, LLC TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144(a))**<br><br>Complaint Served:　　　November 14, 2025<br>Current Response Date:　December 5, 2025<br>New Response Date:　　December 26, 2026 |

1  The Court, having considered the stipulation entered into by and between Plaintiff August
2  Image, LLC and The McClatchy Company, LLC, finds good cause to GRANT the stipulation. The
3  Court therefore ORDERS that the deadline for The McClatchy Company, LLC to answer, move, or
4  otherwise respond to the Complaint is extended to and including December 26, 2025. This change
5  does not alter the date of any event or deadline already fixed by Court order.

7  IT IS SO ORDERED.

9  DATED: December 10, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE