1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| AUGUST IMAGE, LLC, | Case No. 2:25-cv-03189-AC |
|---|---|
| Plaintiff, | Honorable Allison Claire |
| vs. | **[PROPOSED]** ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT THE MCCLATCHY COMPANY, LLC TO RESPOND TO INITIAL COMPLAINT |
| THE MCCLATCHY COMPANY, LLC d/b/a MAMAS UNCUT and MAMAS UNCUT LLC, | |
| Defendants. | Complaint Served:   November 14, 2025<br>Current Response Date: December 26, 2025<br>New Response Date:   January 26, 2026 |

1  The Court, having considered the stipulation entered into by and between Plaintiff August
2  Image, LLC and The McClatchy Company, LLC, finds good cause to GRANT the stipulation. The
3  Court therefore ORDERS that the deadline for The McClatchy Company, LLC to answer, move, or
4  otherwise respond to the Complaint is extended to and including January 26, 2026. This change
5  does not alter the date of any event or deadline already fixed by Court order.

7  IT IS SO ORDERED.

9  DATED: December 22, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING SECOND
STIPULATION TO EXTEND TIME TO RESPOND TO
INITIAL COMPLAINT